IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN FULTON,

    Plaintiff,                               CV F 98 5464 OWW WMW   P

  vs.                                      ORDER RE MOTION (DOC 31 )

DR. THIRAKOMEN,

    Defendant.

      Plaintiff has filed a motion to set a telephonic case management conference.  On August 16, 2006, judgment was entered in this action, dismissing for failure to state a claim upon which relief could be granted.  This case is closed.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a telephonic status conference is denied.

IT IS SO ORDERED.

**Dated:  January 9, 2007**                     **/s/  William M. Wunderlich**
j14hj0                                            UNITED STATES MAGISTRATE JUDGE